**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 395 MAL 2022

Respondent     :

    :    Petition for Allowance of Appeal
    :    from the Order of the Superior Court

v.     :

MICHAEL DAVID LAKE,     :

Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.